No. 727. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY *v.* JOHN RELLSTAB, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRCT OF NEW JERSEY, ET AL. December 13, 1926. Petition for a writ of certio-

rari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frederic B. Scott* for petitioner. *Mr. Isidor Kalisch* for respondents.